# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-00173     Recorder: CS 08/25/2008     Date: 08/25/2008

Present: The Honorable Stephen J. Hillman, U.S. Magistrate Judge

Court Clerk: Terry R. Baker     Assistant U.S. Attorney: Jennifer Chou

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MAHMOUD KHALID AZZAM, aka Abu Adam, aka Mike Azzam, aka Abdullah Taha, aka A.A. Taha <br>     CUSTODY | Special Appearance by Anthony Solis for CURT V. LEFTWICH <br>     PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge R. Gary Klausner.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial October 14, 2008 at 9:00 a.m.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Discovery Order issued.

The Court advised Government counsel to turn over any discovery within 2 weeks. If any problems regarding discovery, counsel to file a joint report within 2 weeks.

00 : 4
Initials of Deputy Clerk: vm

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA