FILED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 07 - 00 173 |
| v. | |
| Mahmoud Khalid Azzam, | **ORDER RE NON-APPROVAL OF BOND** |
| DEFENDANT(S). | |

The bond requirements/conditions have been reviewed.  Bond is not approved for the following reason(s):

- ☐ Equity of property not adequate to cover bail.
- ☐ Property has not been approved by the government.
- ☐ Surety/affiant has not been approved by the government.
- ☐ Surety/affiant posting property is not the same as surety/affiant ordered by the Court.
- ☐ Lot book report is not updated, Clerk, U. S. District Court is not the last recorded transaction.
- ☐ Excessive liens on property.
- ☐ Question re ownership/title of property.
- ☐ Nebbia condition has not been met.
- ☐ Bond conditions on CR-1 bond form do not conform to bail modification.
- ☐ Deadline to post bond condition(s) has expired; defendant may apply for an extension of time with the magistrate judge or district judge who set the bond.
- ☐ No compliance with L.Cr.R.46-2.1 - Written Consent of Surety. (Any request for modification of conditions of bail, whether made by motion or by stipulation, must include the written consent of each surety to the proposed modification.)
- ☑ Other: _Judge setting bond stated " with deeding of property - by def + def' wife"; whereas, the property defendant is attempting to post is owned by defendant's brother._

IT IS SO ORDERED.

_8/28/08_
Date

_____
United States ~~District Judge~~ / Magistrate Judge