1  CURTIS V LEFTWICH
   ATTORNEY AT LAW
2  STATE BAR NO. 71630
   14401 SYLVAN STREET SUITE 215
3  VAN NUYS CA 91401
   EMAIL ADDRESS: thedorsal@aol.com
4  Tel: (818) 786-6161

5  Attorney for Defendant
   MAHMOUD KHALID AZZAM

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: CR 2:07-00173-RGK |
|---|---|
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs., | |
| MAHMOUD KHALID AZZAM, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the conditions of release ordered by magistrate ANDREW J. WISTRICH on August 22, 2008 are modified as follows:

1.   The appearance bond in the amount of $400,000 with:

    (a) affidavit with justification of surety and

    (b) with deeding of property provided, by a member or members of the defendant's family in lieu of the property being

---

[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

Page -1-

1 | deeded by defendant and defendant's wife.
2 |     2.   All other conditions of release ordered on August 22,
3 | 2008 shall remain in full force and effect.
4 |
5 | Dated: September 10, 2008          _____
6 |                                    ANDREW J. WISTRICH
                                       MAGISTRATE JUDGE

1 | **PROOF OF SERVICE**
2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES)  ss.
3 |     I am employed in the County of Los Angeles, State of
4 | California.  I am over the age of 18 and not a party to the
5 | within action.  My business address is 14401 Sylvan St., Suite
6 | 215, Van Nuys CA 91401.
7 |     On September 5, 2008, I served the foregoing document
8 | described as **[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** on
9 | the interested parties in this action by placing a true copy
10 | FAXED to:
11 | EILEEN DECKER
12 |
13 |     Executed on September 5, 2008 at Van Nuys, California.
14 |     I declare under penalty of perjury under the laws of the
15 | State of California that the above is true and correct.
16 |
17 |                          \_\_\_\_\_///SAG///_____
                              Saundra A. Gross