# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: **CR** |
| Plaintiff(s) | |
| v. | **07- 173** |
| **MAHMOUD KHALID AZZAM** aka Abu Adam, aka Mike Azzam, aka Abdullah Taha, aka A.A. Taha | **WARRANT FOR ARREST** |
| Defendant(s) | **UNDER SEAL** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   **MAHMOUD KHALID AZZAM, aka "Abu Adam, aka Mike Azzam, aka Abdullah Taha, aka A.A. Taha**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ■ Indictment
☐ Information    ☐ Order of Court    ☐ Probation Violation Petition    ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)
**Conspiracy;**
**Mail Fraud;**
**Wire Fraud;**
**Bank Fraud;**
**Conspiracy to Launder Money;**
**Causing An Act To Be Done**

in violation of Title **18:** United States Code, Section(s)   371:1341:1343:1344:1956(a), (h): 1956(a)(1)(A)(i):2:

ARRESTED WITHIN THE C/CA
BY: _FBI_
ON: _8/22/08_
SIGNED: _R. Neal_

| Sherri R. Carter | March 9, 2007    LOS ANGELES, CALIFORNIA |
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: **STEPHEN J. HILLMAN** |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**