UNITED STATES DISTRICT COURT     E-Filed
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.    CR 07-173 GHK        Date    February 8, 2010

**Presiding: The Honorable**    **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Mary Riordan Rickey | Hanadi Alsaadi Thomas | Judith Heinz |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Arabic Interpreter* | *Assistant U.S. Attorney* |

========================================================================================

DEFENDANT(S)            COUNSEL FOR DEFENDANT(S)
Mahmoud Khalid Azzam         Ramiro Lluis
√ Present    __ Custody    √ Bond         √ Present    __ Appointed    √ Retained

**PROCEEDINGS:**      **SENTENCING AND JUDGMENT**

✘ Imprisonment of  Sixty-Six mos. 60 mos  on Ct 1 & 63 on  Cts 2,4 and 6 of the Indictment, to run concurrently.

✘ *Five years Supervised Release.* 3 yrs Ct 1, 5 yrs Cts 2,4 and 6, all  terms to run concurrently under the usual terms  and conditions. (See back of Judgment Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

__ Perform _____ hours of community service.
__ The deft shall  serve a term of *months* in  Home Detention, with electronic monitoring to begin 7/1/07.
__ Pay a total _____ which shall  bear interest as provided by law.
✘ Make a total  restitution of $956,718.90 to  the victims listed in the confidential PSI report.
✘ The defendant shall pay the special assessment and restitution in accordance with Judgment/Commitment.
✘ Refrain from the unlawful use of a controlled substance and submit to drug testing.
✘ The defendant shall comply with the Rules and Regulations of the United States, and if deported not reenter the U. S. illegally.
✘ Other conditions:  cooperate in the collection of a DNA sample of the defendant.

✘ All fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
✘ Pay the  United States a total of **$400,**  special assessment, which is due immediately.
✘ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✘ Defendant waives his right to appeal.
__ ORDER sentencing transcript for Sentencing Commission. __ Processed statement of reasons.
✘ Bond order exonerated    ✘ upon surrender    __ upon service of
✘ Execution of sentence is stayed until 12 noon, **April 8, 2010,** at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U. S. Marshal
__ Issued Remand/Release  #
__ Present bond to continue as bond on appeal. __ Appeal bond set at  $
__ Filed and distributed judgment. Issd JS-3. ENTERED.
✘ **Other**  It is recommended that the defendant be designated to a facility in the Southern California area.

                                                                   20

Initials of Deputy Clerk     Bea